# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Robert A. Cahn
Executive Attorney

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

January 28, 2005

TO INVOLVED JUDGES

Re: MDL-1678—In re Mutual Funds Class Settlements Participation Litigation

(See Attached Schedule of Actions)

Dear Judges:

Presently before the Panel pursuant to 28 U.S.C. § 1407 is a motion to transfer which includes at least one action before you in the above-described docket. The parties will have an opportunity to fully brief the question of transfer and the matter will be considered at a bimonthly Panel hearing session. In the meantime, your jurisdiction continues until any transfer ruling by the Panel becomes effective.

If you have a motion pending – such as a motion to remand to state court (if the action was removed to your court) – you are free to rule on the motion, of course, or wait until the Panel has decided the transfer issue. The latter course may be especially appropriate if the motion raises questions likely to arise in other actions in the transferee court and, in the interest of uniformity, might best be decided there if the Panel orders centralization.

Please feel free to contact our staff in Washington with any questions.

Kindest regards,

*Wm. Terrell Hodges*

Wm. Terrell Hodges
Chairman

# SCHEDULE OF ACTIONS
## DOCKET NO. 1678
## IN RE MUTUAL FUNDS CLASS SETTLEMENTS PARTICIPATION LITIGATION

Central District of California
*Charles Mutchka, et al. v. Brent R. Harris, et al.*, C.A. No. 8:05-34 (Judge James V. Selna)

Northern District of California
*Frieda Barnes, et al. v. Dawn G. Lepore, et al.*, C.A. No. 3:05-152 (Judge Maria-Elena James)
*E.P. Brignac, et al. v. Harry R. Hagey, et al.*, C.A. No. 3:05-153 (Judge James L. Larson)
*B.E. Binford, et al. v. Frank H. Abbott, et al.*, C.A. No. 3:05-155 (Judge Vaughn R. Walker)
*Fayetta James, et al. v. Robert C. Brown, et al.*, C.A. No. 4:05-154 (Judge Saundra Brown Armstrong)

District of Colorado
*Lucy Davis, et al. v. Thomas H. Bailey, et al.*, C.A. No. 1:05-42 (Judge Wiley Y. Daniel)

Northern District of Illinois
*Gorman L. Dull, et al. v. David C. Arch, et al.*, C.A. No. 1:05-140 (Judge Amy J. St. Eve)
*Robert McDermott, et al. v. John P. Calamos, Sr., et al.*, C.A. No. 1:05-141 (Judge Samuel Der-Yeghiayan)
*James T. Griffin v. Peter S. Voss, et al.*, C.A. No. 1:05-142 (Judge Rebecca R. Pallmeyer)
*James Jacobs v. Robert P. Bremmer, et al.*, C.A. No. 1:05-143 (Judge Milton I. Shadur)

District of Massachusetts
*Brack Collins, et al. v. Robert J. Manning, et al.*, C.A. No. 1:05-10059 (Judge Nancy Gertner)
*Richard Chambers, et al. v. John A. Hill, et al.*, C.A. No. 1:05-10061 (Judge Nathaniel M. Gorton)
*William Stegall v. Charles L. Ladner, et al.*, C.A. No. 1:05-10062 (Judge Douglas P. Woodlock)
*David Emblad v. Ronald E. Logue, et al.*, C.A. No. 1:05-10063 (Judge Rya W. Zobel)
*Lyndy Stoker, et al. v. James B. Hawkes, et al.*, C.A. No. 1:05-10064 (Judge Richard G. Stearns)
*Jackie Lefler, et al. v. Douglas A. Hacker, et al.*, C.A. No. 1:05-10065 (Judge Patti B. Saris)

District of New Jersey
*William Johns, et al. v. Arthur Zeikel, et al.*, C.A. No. 2:05-206 (Judge Joseph A. Greenaway, Jr.)

Eastern District of New York
*Miguel Rivera v. William Carmichael, et al.*, C.A. No. 1:05-290 (Judge Victor Marrero)

Southern District of New York
*Jeanne Masden, et al. v. Henry M. Paulson, Jr., et al.*, C.A. No. 1:05-291 (Judge Shirley Wohl Kram)
*Jack Prichard, et al. v. William L. Armstrong, et al.*, C.A. No. 1:05-293 (Judge Miriam Goldman Cedarbaum)
*Jimmie H. Fort, et al. v. Paul R. Ades, et al.*, C.A. No. 1:05-294 (Judge Laura T. Swain)
*Frank Polivka v. Walter E. Auch, et al.*, C.A. No. 1:05-297 (Judge Barbara S. Jones)
*Frank Polivka v. Robert B. Catell, et al.*, C.A. No. 1:05-298 (Judge William H. Pauley, III)
*Carrol B. Montgomery, et al. v. Ronald Baron, et al.*, C.A. No. 1:05-299 (Judge Shira Ann Scheindlin)
*George McWilliams, et al. v. Mario J. Gabelli, et al.*, C.A. No. 1:05-300 (Judge Alvin K. Hellerstein)
*Billy Hudson, et al. v. Arne H. Carlson, et al.*, C.A. No. 1:05-301 (Judge Deborah A. Batts)
*David Hoppe, et al. v. Jeffrey B. Lane, et al.*, C.A. No. 1:05-302 (Judge Harold Baer, Jr.)

Eastern District of Pennsylvania
*Caroline Hamilton, et al. v. Charles E. Allen, et al.*, C.A. No. 2:05-110 (Judge Gene E.K. Pratter)
*B.E. Binford, et al. v. John J. Brennan*, C.A. No. 2:05-112 (Judge Petrese B. Tucker)
*Norman Beugli, et al. v. John F. Donahue, et al.*, C.A. No. 2:05-114 (Judge John R. Padova)

Northern District of Texas
*Avo Hogan, et al. v. Bob R. Baker, et al.*, C.A. No. 3:05-73 (Judge Jorge A. Solis)