# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

February 2, 2005

TO CLERKS OF THE FOLLOWING U. S. DISTRICT COURTS:

CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DISTRICT OF CALIFORNIA
DISTRICT OF COLORADO
NORTHERN DISTRICT OF ILLINOIS
DISTRICT OF MASSACHUSETTS
DISTRICT OF NEW JERSEY
SOUTHERN DISTRICT OF NEW YORK
EASTERN DISTRICT OF PENNSYLVANIA
NOTHERN DISTRICT OF TEXAS

MDL-1678 -- In re Mutual Funds Class Settlements Participation Litigation

(See Attached Schedule A of Order)

Dear Clerks:

    I am enclosing a certified copy of an order of the Judicial Panel on Multidistrict Litigation filed today in this matter. The act creating the Panel provides that "An order denying transfer shall be filed in each district wherein there is a case pending in which the motion for transfer has been made." (28 U.S.C. § 1407(c)).

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Jeusa Bishop
   Deputy Clerk

Enclosure

cc: Transferor Judges: (See Attached List of Judges)

JPML Form 32

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 2 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1678

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MUTUAL FUNDS CLASS SETTLEMENTS PARTICIPATION LITIGATION

## ORDER DEEMING MOTION WITHDRAWN

Before the Panel is a motion by defendant Franklin Advisers, Inc., seeking centralization, pursuant to 28 U.S.C. § 1407, of the 31 actions listed on the attached Schedule A in the Northern District of California for coordinated or consolidated pretrial proceedings. The moving defendant now seeks to withdraw its Section 1407 motion.

IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

## SCHEDULE A

### MDL-1678 -- In re Mutual Funds Class Settlements Participation Litigation

#### Central District of California

*Charles Mutchka, et al. v. Brent R. Harris, et al.*, C.A. No. 8:05-34

#### Northern District of California

*Frieda Barnes, et al. v. Dawn G. Lepore, et al.*, C.A. No. 3:05-152
*E.P. Brignac, et al. v. Harry R. Hagey, et al.*, C.A. No. 3:05-153
*B.E. Binford, et al. v. Frank H. Abbott, et al.*, C.A. No. 3:05-155
*Fayetta James, et al. v. Robert C. Brown, et al.*, C.A. No. 4:05-154

#### District of Colorado

*Lucy Davis, et al. v. Thomas H. Bailey, et al.*, C.A. No. 1:05-42

#### Northern District of Illinois

*Gorman L. Dull, et al. v. David C. Arch, et al.*, C.A. No. 1:05-140
*Robert McDermott, et al. v. John P. Calamos, Sr., et al.*, C.A. No. 1:05-141
*James T. Griffin v. Peter S. Voss, et al.*, C.A. No. 1:05-142
*James Jacobs v. Robert P. Bremmer, et al.*, C.A. No. 1:05-143

#### District of Massachusetts

*Brack Collins, et al. v. Robert J. Manning, et al.*, C.A. No. 1:05-10059
*Richard Chambers, et al. v. John A. Hill, et al.*, C.A. No. 1:05-10061
*William Stegall v. Charles L. Ladner, et al.*, C.A. No. 1:05-10062
*David Emblad v. Ronald E. Logue, et al.*, C.A. No. 1:05-10063
*Lyndy Stoker, et al. v. James B. Hawkes, et al.*, C.A. No. 1:05-10064
*Jackie Lefler, et al. v. Douglas A. Hacker, et al.*, C.A. No. 1:05-10065

#### District of New Jersey

*William Johns, et al. v. Arthur Zeikel, et al.*, C.A. No. 2:05-206

**MDL-1678 Schedule A (Continued)**

### Southern District of New York

*Miguel Rivera v. William Carmichael, et al.*, C.A. No. 1:05-290
*Jeanne Masden, et al. v. Henry M. Paulson, Jr., et al.*, C.A. No. 1:05-291
*Jack Prichard, et al. v. William L. Armstrong, et al.*, C.A. No. 1:05-293
*Jimmie H. Fort, et al. v. Paul R. Ades, et al.*, C.A. No. 1:05-294
*Frank Polivka v. Walter E. Auch, et al.*, C.A. No. 1:05-297
*Frank Polivka v. Robert B. Catell, et al.*, C.A. No. 1:05-298
*Carrol B. Montgomery, et al. v. Ronald Baron, et al.*, C.A. No. 1:05-299
*George McWilliams, et al. v. Mario J. Gabelli, et al.*, C.A. No. 1:05-300
*Billy Hudson, et al. v. Arne H. Carlson, et al.*, C.A. No. 1:05-301
*David Hoppe, et al. v. Jeffrey B. Lane, et al.*, C.A. No. 1:05-302

### Eastern District of Pennsylvania

*Caroline Hamilton, et al. v. Charles E. Allen, et al.*, C.A. No. 2:05-110
*B.E. Binford, et al. v. John J. Brennan*, C.A. No. 2:05-112
*Norman Beugli, et al. v. John F. Donahue, et al.*, C.A. No. 2:05-114

### Northern District of Texas

*Avo Hogan, et al. v. Bob R. Baker, et al.*, C.A. No. 3:05-73

PAGE 1 OF 2

# INVOLVED JUDGES LIST
## DOCKET NO. 1678
## IN RE MUTUAL FUNDS CLASS SETTLEMENTS PARTICIPATION LITIGATION

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Harold Baer, Jr.
Senior U.S. District Judge
2230 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Deborah A. Batts
U.S. District Judge
2510 U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Miriam Goldman Cedarbaum
Senior U.S. District Judge
1330 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Wiley Y. Daniel
U.S. District Judge
C-218 Bryon G. Rogers U.S. Courthouse
1929 Stout Street
Denver, CO 80294

Hon. Samuel Der-Yeghiayan
U.S. District Judge
United States District Court
Everett McKinley Dirksen & U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Nancy Gertner
U.S. District Judge
4130 U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Hon. Nathaniel M. Gorton
U.S. District Judge
3110 John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Hon. Joseph A. Greenaway, Jr.
U.S. District Judge
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Hon. Alvin K. Hellerstein
U.S. District Judge
910 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Maria-Elena James
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Barbara S. Jones
U.S. District Judge
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 10007-1581

Hon. Shirley Wohl Kram
Senior U.S. District Judge
2101 U.S. Courthouse
40 Centre St.
New York, NY 10007-1581

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Victor Marrero
U.S. District Judge
426 Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 10007-1581

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

MDL-1678 - INVOLVED JUDGES LIST

PAGE 2 OF 2

Hon. Rebecca R. Pallmeyer
U.S. District Judge
2178 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. William H. Pauley, III
U.S. District Judge
2210 U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Gene E.K. Pratter
U.S. District Judge
United States District Court
5118 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Patti B. Saris
U.S. District Judge
6130 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Shira Ann Scheindlin
U.S. District Judge
1050 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. James V. Selna
U.S. District Judge
1053 Ronald Regan Federal Building
 & U.S. Courthouse
411 West Fourth Street
Santa Anna, CA 92701-4516

Hon. Milton I. Shadur
Senior U.S. District Judge
2388 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Jorge A. Solis
U.S. District Judge
13B31 Earle Cabell Federal Bldg. & U.S. Courthouse
1100 Commerce St.
Dallas, TX 75242-1003

Hon. Amy J. St. Eve
U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Richard G. Stearns
U.S. District Judge
7130 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Laura T. Swain
U.S. District Judge
426 United States Courthouse
40 Centre Street
New York, NY 10007

Hon. Petrese B. Tucker
U.S. District Judge
9613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Vaughn R. Walker
Chief Judge, U.S. District Court
Phillip Burton U.S. Courthouse
P.O. Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Douglas P. Woodlock
U.S. District Judge
4110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Rya W. Zobel
U.S. District Judge
6110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002