UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRACK COLLINS, ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> ROBERT J MANNING, ET AL., <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO. <br> 05 10059 NG <br><br> AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT |

FILED IN CLERKS OFFICE
2005 FEB 14 P 4:06
U.S. DISTRICT COURT
DISTRICT OF MASS

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **21st day of January, 2005, at 2:20 PM**, at the address of **500 BOYLSTON Street, BOSTON, Suffolk County, MA** ; this affiant served the above described documents upon **MFS INVESTMENT MANAGEMENT, INC.**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Jennieva Boampong, Corporate Security Officer**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _MA_ that the statement above is true and correct.

_Joseph Marino_
Joseph Marino, Reg. # Constable, MA

SUBSCRIBED AND SWORN to before me this 24th day of January, 2005

NOTARY PUBLIC in and for the State of **Massachusetts**

| | | |
|---|---|---|
| ABC's Client Name <br> **Baron & Budd, P.C. (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **3633670**  |



KEVIN J. DALTON
Notary Public
Commonwealth of Massachusetts
My Commission Expires Jul 18, 2008