UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRACK COLLINS, CHARLES DAVIDSON, and HENRY HOOVER, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT J. MANNING, ROBERT C. POZEN, JEFFREY L. SHAMES, JOHN W. BALLEN, KEVIN R. PARKE, LAWRENCE H. COHN, M.D., WILLIAM R. GUTOW, J. ATWOOD IVES, ABBY M. O'NEILL, LAWRENCE T. PERERA, WILLIAM J. POORVU, J. DALE SHERRATT, ELAINE R. SMITH, WARD SMITH, DAVID H. GUNNING, AMY B. JANE, MASSACHUSETTS FINANCIAL SERVICES COMPANY, MFS INVESTMENT MANAGEMENT, INC., and JOHN DOES NO. 1 through 100,<br><br>Defendants. | C.A. No. 05-10059-NG |

## NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

00004818.WPD ; 1

| | |
|---|---|
| Dated: May 25, 2005 | Respectfully submitted: |
| | /s/ David Pastor |
| | David Pastor (BBO # 391000) |
| | GILMAN AND PASTOR, LLP |
| | 60 State Street, 37th Floor |
| | Boston, MA 02109 |
| | Telephone: (617) 742-9700 |
| | Facsimile: (617) 742-9701 |
| | |
| | Counsel for Plaintiffs |

00004818.WPD ; 1