## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRACK COLLINS, CHARLES DAVIDSON, and HENRY HOOVER, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT J. MANNING, ROBERT C. POZEN, JEFFREY L. SHAMES, JOHN W. BALLEN, KEVIN R. PARKE, LAWRENCE H. COHN, M.D., WILLIAM R. GUTOW, J. ATWOOD IVES, ABBY M. O'NEILL, LAWRENCE T. PERERA, WILLIAM J. POORVU, J. DALE SHERRATT, ELAINE R. SMITH, WARD SMITH, DAVID H. GUNNING, AMY B. JANE, MASSACHUSETTS FINANCIAL SERVICES COMPANY, MFS INVESTMENT MANAGEMENT, INC., and JOHN DOES NO. 1 through 100,<br><br>　　　　Defendants.<br><br>JURY TRIAL DEMANDED | Case No. 05-10059-NG |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. 41(a), plaintiffs Brack Collins, Charles Davidson, and Henry Hoover hereby dismiss this action, which has not been certified as a class action, with prejudice, with each party to bear its own costs and attorney's fees, and waiving all rights of appeal. Plaintiffs' Counsel no longer seeks to represent the putative class as defined in Plaintiffs' Complaint filed in this matter.

Dated: June 6, 2005.                               RESPECTFULLY SUBMITTED,


/s/ David Pastor
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
60 State Street
37th Floor
Boston, MA 02109
(617) 742-9700
(617) 742-9701 fax

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax

J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax